UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

PHYLLIS MILLS            CIVIL ACTION NO.

versus

ACADEMY, LTD.

### DECLARATION OF BILL PARKER

STATE OF TEXAS

COUNTY OF HARRIS

In accordance with 28 U.S.C. § 1746, I, Bill Parker, declare:

1.

1. My name is Bill Parker. I am an adult resident of Texas.

2. I am the Senior Claims Manager of Academy, Ltd. ("Academy"), whose headquarters are located at 1800 N. Mason Rd., Katy, Texas 77449.

3. I have read the Notice of Removal in the matter of *Phyllis Mills v. Academy, Ltd.* I verify that the information contained in Paragraph 5 of the Notice of Removal as to the citizenship of Academy is true and correct to the best of the information, knowledge, and belief.

4. A true and correct copy of the settlement demand sent by Plaintiff's counsel to Academy's third-party administrator, Sedgwick Claims Management Services, Inc., is attached to this Declaration as Exhibit 1(A).

5. I declare under the penalty of perjury that the information contained herein is true and correct.

Dated: November ___, 2020

                                                         _____
                                                         Bill Parker

**EXHIBIT 1**

KIM PURDY THOMAS
STEVEN E. SOILEAU
J. KRIS JACKSON
DANIEL J. BAKER
PATRICK F. COLE
DOUGLAS R. NIELSEN
ERICA M. DUCOING



401 Edwards St., Suite 2015
Shreveport, LA 71101
Telephone: (318) 216-5058
Facsimile: (318) 216-5087

*Via email only: Christopher.Crozier@sedgwickcms.com*
Sedgwick
Attn: Chris Crozier
P.O. Box 14512
Lexington, KY 40512

Re:   Michelle Mills v. Academy Sports + Outdoors
      Claim # 30193603638-0001
      Our File # 1173-2879

Dear: Mr. Crozier,

We have been retained by Mrs. Mills to represent her in her claim related to the slip and fall accident at the West Monroe, LA Academy store on September 30, 2019.

As you are aware, Mrs. Mills suffered a fracture to her fifth metatarsal on her left foot. Her injury resulted in six months in a boot along with severe pain that has still not resolved. Mrs. Mills is willing to settle her claim against Academy for $100,000.00. Please consider this as amicable demand for same. All previous offers made by Mrs. Mills are withdrawn.

Additionally, please provide any and all investigative materials, video, photographs, and medical records related to this claim in your possession.

Very truly yours,

THOMAS, SOILEAU, JACKSON, BAKER & COLE, LLP

Douglas R. Nielsen

DRN/ckt

EXHIBIT
1A

7/10/2020 12:00:00 AM        301936036380001        5820200710008279

 **CT Corporation**

**Service of Process Transmittal**
10/22/2020
CT Log Number 538441686

TO: Delilah Banks
Academy Sports + Outdoors
1800 N Mason Rd
Katy, TX 77449-2897

RE: **Process Served in Louisiana**

FOR: ACADEMY LTD.  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Phyllis Mills, Pltf. vs. Academy, Ltd., Dft. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # C20202549 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 10/22/2020 at 09:00 |
| JURISDICTION SERVED : | Louisiana |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 10/22/2020, Expected Purge Date: 11/01/2020 |
| | Image SOP |
| | Email Notification,  Eneida Centeno  eneida.centeno@academy.com |
| | Email Notification,  Evelyn Martinez  evelyn.martinez@academy.com |
| | Email Notification,  Delilah Banks  delilah.banks@academy.com |
| | Email Notification,  Merri Savage  merri.savage@academy.com |
| | Email Notification,  Cody Oviedo  cody.oviedo@academy.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| For Questions: | 866-665-5799<br>SouthTeam2@wolterskluwer.com |



Page 1 of  1 / NM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

OPC.CV.6204853
CJ

# CITATION

| | |
|---|---|
| PHILLIS MILLS | DOCKET NUMBER: C-20202549 |
| | SEC: C5 |
| VS | STATE OF LOUISIANA |
| | PARISH OF OUACHITA |
| ACADEMY LTD | FOURTH JUDICIAL DISTRICT COURT |

**EAST BATON ROUGE PARISH**

TO:

ACADEMY LTD
THRU ITS AGENT OF SERVICE OF PROCESS:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this OCTOBER 5, 2020.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES/ ORDER

By:_____CHELSEA JONES_____
Deputy Clerk

FILED BY: DOUGLAS R. NIELSEN #37820F

_____ **ORIGINAL**

_____ **SERVICE COPY**

_____ **FILE COPY**

CERTIFIED TRUE COPY
OCT 0 5 2020
BY_____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.

OPC.CV.6204846
CJ

# NOTICE OF FILING

**PHILLIS MILLS**

VS

**ACADEMY LTD**

**DOCKET NUMBER: C-20202549**
SEC: C5
STATE OF LOUISIANA
PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

**OUACHITA**

ACADEMY LTD
THRU ITS AGENT OF SERVICE OF PROCESS:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

YOU ARE HEREBY NOTIFIED that on **SEPTEMBER 29, 2020, ORDER** was filed in the Office of the Clerk of Court for Ouachita Parish, a copy of which accompanies this notice.

CLERK'S OFFICE this OCTOBER 5, 2020.

OUACHITA PARISH CLERK OF COURT

By: _____CHELSEA JONES_____
Deputy Clerk

ATTY: DOUGLAS R. NIELSEN #37820F

_____ **ORIGINAL**

_____ **SERVICE COPY**

_____ **FILE COPY**

CERTIFIED TRUE COPY
OCT 05 2020
BY _____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.

Case 3:20-cv-01497-TAD-KLH   Document 1-1   Filed 11/20/20   Page 6 of 8 PageID #: 10

FILED
SEP 2 5 2020
ALEXIS ELMORE
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

FILED
SEP 2 9 2020
CHLOE ELLINGTON
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

| | |
|---|---|
| PHYLLIS MILLS | DOCKET NO._____ |
| VERSUS 20-2549 | FOURTH JUDICIAL DISTRICT COURT |
| ACADEMY, LTD. | OUACHITA PARISH, LOUISIANA |

### PETITION FOR DAMAGES

The petition of PHYLLIS MILLS, a person of the full age of majority, domiciled in Monroe, Ouachita Parish, Louisiana, respectfully represents:

**1.**

Named as defendant is:

 Academy, LTD., a foreign partnership authorized to do and actually doing business in Louisiana.

**2.**

At all times pertinent herein, Academy, LTD. owned and/or operated a store at 111 Constitution Drive in West Monroe, Louisiana known as Academy Sports & Outdoors.

**3.**

On or about September 30, 2019, Petitioner, PHYLLIS MILLS, was shopping at the Academy Sports & Outdoors store at 111 Constitution Drive in West Monroe, Louisiana.

**4.**

While shopping, Petitioner walked down an aisle near the front of the store when suddenly and without warning, she slipped on a shelving bracket and fell to the ground, causing severe and disabling injuries to her left foot.

**5.**

The shelving bracket was not visible to Petitioner before she slipped on it.

**6.**

At all times pertinent herein, Academy, LTD. had ownership, care, custody, and control of the interior and surroundings of the premises in question and particularly where the accident in question occurred.

**7.**

Defendant, Academy, LTD. created and/or had actual or constructive notice of the condition prior to Petitioner's fall.

CASE ASSIGNED TO:
CV. SECT. 5

8.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendant, ACADEMY, LTD., through its agents and employees, including, but not limited to, the following particulars:

a) Failure to keep the premises in a safe condition;

b) Failure to remedy an unsafe condition;

c) Failure to instruct their employees as to the proper maintenance of the facility;

d) Creating an unsafe condition;

e) Failure to warn patrons of an unsafe condition;

f) Any and all other acts of negligence, which may be proven at the trial of this matter.

9.

As a result of the above referenced accident and negligence of the defendant, Petitioner, PHYLLIS MILLS, suffered severe and disabling injuries described in the following nonexclusive particulars:

a) Past, present, and future mental and physical pain and suffering;

b) Past, present, and future medical expenses;

c) Past, present, and future mental and emotional distress;

d) Permanent damage and disability;

e) Loss of enjoyment of life;

f) Loss of consortium;

g) Lost wages and/or economic opportunity, past, present, or future; and

h) Such other elements of damages which will be more fully shown at a trial on the merits.

**WHEREFORE,** Petitioner prays that Defendant be duly cited and served with a copy of this petition and, after these proceedings are had, there be judgment in favor of Petitioner and against Defendant, ACADEMY, LTD., for all damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

Respectfully submitted,

THOMAS, SOILEAU, JACKSON, BAKER & COLE, L.L.P.

_____
Steven E. Soileau, #17150
J. Kris Jackson, #29266
Douglas R. Nielsen, #37820
401 Edwards Street, Suite 2015
Shreveport, LA 71101
Telephone (318) 216-5058
Facsimile (318) 216-5087

PLEASE SERVE:

Academy, LTD.
Through its Agent for Service of Process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816