# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**PHYLLIS MILLS**                                        **CASE NO. 3:20-CV-01497**

**VERSUS**                                               **JUDGE TERRY A. DOUGHTY**

**ACADEMY LTD**                          **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's motion to remand [Doc. No. 11] is **DENIED**.

**MONROE, LOUISIANA**, this 12th day of March, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE